**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 824-3828
Facsimile: (310) 862-6851

Attorneys for Plaintiff and the Putative Class

*[Additional Counsel on Next Page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIY BYKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DC TRANSPORT, INC., a California Transport Company; DC TRANSPORT, INC., a Texas Corporation; DC TRANSPORTATION SERVICES, INC. dba DC TRANSPORT state of corporation unknown; and DOES 1 to 10 inclusive,<br><br>Defendants. | No. 2:18-cv-01691 DB<br><br>**JOINT STIPULATION REQUESTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FILING DATE; AND ORDER** |

**MEDINA McKELVEY LLP**
Brandon R. McKelvey (SBN 217002)
Brandon@medinamckelvey.com
Timothy B. Nelson (SBN 235279)
tim@medinamckelvey.com
983 Reserve Drive
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile: (916) 742-5488

Attorneys for Defendant DC TRANSPORTATION SERVICES, INC., dba DC TRANSPORT (also erroneously sued as DC Transport, a California Transport Company and DC Transport, a Texas Corporation)

WHEREAS, on November 12, 2018, the Parties participated in mediation and reached a settlement of the matter on a classwide basis. At the conclusion of mediation, the parties entered into a Memorandum of Understanding ("MOU") which set forth the basic terms of the settlement;

WHEREAS, on November 29, 2018, the Parties filed with this Court their Stipulation for Reassignment to Magistrate Judge For All Purposes (Doc. No. 12);

WHEREAS, on December 12, 2018, the Court issued its Minute Order (Doc. No. 13) ordering Counsel to file settlement/dismissal documents no later than 30 days from the date of the Minute Order;

WHEREAS, on December 12, 2018, the Courtroom Deputy to Honorable Deborah Barnes sent an email to Plaintiff's Counsel Jonathan Melmed and to Defendant's Counsel Timothy Nelson, wherein the Courtroom Deputy to Honorable Deborah Barnes asked Counsel how much time was needed to finalize the settlement documents.

WHEREAS, on December 12, 2018, after receiving the email from the Courtroom Deputy to Honorable Deborah Barnes, both Plaintiff's Counsel and Defendant's Counsel requested that the Parties file their settlement papers within 60 days (i.e. by February 10, 2019);

WHEREAS, the Parties are still in the process of finalizing the terms of the long-form settlement agreement, and anticipate finalizing the long-form settlement agreement and fully executing it within the next 10 days.

WHEREAS, the Parties jointly request that the Court allow the Parties until February 11, 2018 to file the Motion for Preliminary Approval of Class Action Settlement;

NOW THEREFORE, the Parties agree and hereby stipulate, subject to Court approval, that (1) the long-form settlement agreement shall be finalized and fully executed within the next 10 days and (2) Plaintiff shall file his Motion for Preliminary

Approval on or before February 11, 2019.

Dated: January 11, 2019
    */s/ Timothy B. Nelson* as authorized on 8/15/2018
Timothy B. Nelson, Esq.
Branson R. McKelvey, Esq.
MEDINA MCKELVEY LLP
Attorneys for Defendants

Dated: January 11, 2019
    */s/ Jonathan Melmed*
Jonathan Melmed, Esq.
MELMED LAW GROUP P.C.
Craig J. Ackermann, Esq.
ACKERMAN & TILAJEF, P.C.
Attorneys for Plaintiff

## **Local Rule 131 Attestation**

Pursuant to Local Rule 131(e), I attest that all of the signatories listed above concur in this filing's contents and have authorized the filing of this document.

    */s/ Jonathan Melmed*
    Jonathan Melmed, Esq.

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that plaintiff shall file a motion for Preliminary Approval of Class Action Settlement on or before February 11, 2019.

Dated: January 13, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/bykov1691.stip.dispo.docs.ord

4