<a>
</a>

Brandon R. McKelvey (SBN 217002)
Email: brandon@medinamckelvey.com
Timothy B. Nelson (SBN 235279)
Email: tim@medinamckelvey.com
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Counsel for Defendant
DC TRANSPORTATION SERVICES, INC.
dba DC TRANSPORT (also erroneously sued
as DC Transport Inc., a California Transport
Company and DC Transport Inc., a Texas
Corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIY BYKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DC TRANSPORT, INC., a California Transport Company; DC TRANSPORT, INC., a Texas Corporation; DC TRANSPORTATION SERVICES, INC. dba DC TRANSPORT state of corporation unknown; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-01691-TLN-DB<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:   Hon. Deborah Barnes<br>Date:    March 15, 2019<br>Time:    10:00 am<br>Room:    27<br><br>Action Filed:      May 3, 2018<br>Action Removed:  June 8, 2018<br>Trial:              Not Yet Set |



Defendant DC Transportation Services, Inc. dba DC Transport (also erroneously sued as DC Transport Inc., a California Transport Company and DC Transport, Inc., a Texas Corporation) ("Defendant") files this Notice with respect to the Plaintiff Valeriy Bykov's ("Plaintiff's) pending Motion for Preliminary Approval of Class Settlement, filed on February 11, 2019, ECF 16.

Defendant does not admit or agree with various factual and legal contentions in Plaintiff's Motion, but does agree that the proposed settlement is fair, reasonable, and adequate, and that it was reached after sufficient informal discovery and via arm's length negotiations with a neutral third-party mediator, and thus Defendant has no objection to the proposed order being approved by the Court.

Dated: February 25, 2019         MEDINA McKELVEY LLP

By:   /s/Timothy B. Nelson
TIMOTHY B. NELSON
Attorney for Defendant
DC TRANSPORTATION SERVICES, INC. dba DC TRANSPORT (also erroneously sued as DC Transport Inc., a California Transport Company and DC Transport Inc., a Texas Corporation)